UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RAQUEL D. CASTELLON,

    Plaintiff,

v.                                                      Case No. 8:05-CV-999-T-24MSS

SARASOTA DENTAL ASSOCIATES, P.A.,

    Defendant.
_____/

## O R D E R

This cause comes before the Court for consideration of the mediator's Mediation Report (Doc. No. 7). The mediator advises that the case has been completely settled.

Having considered the Mediation Report, and being otherwise fully advised, it is

**ORDERED AND ADJUDGED** that this cause is **DISMISSED WITHOUT PREJUDICE** to the right of any party to re-open the action within sixty (60) days, upon good cause shown, or to submit a stipulated form of final judgment. The Clerk is directed to **CLOSE** the case and **TERMINATE** all pending motions.

**DONE AND ORDERED** at Tampa, Florida, this 20th day of January, 2006.

SUSAN C. BUCKLEW
United States District Judge

Copies to:

Counsel of Record
Mediator